UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GAMBLE,<br><br>            Plaintiff,<br><br>   v.<br><br>SYNCHRONY BANK,<br><br>            Defendant. | Case No. 15-cv-02054-SC<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT AND VACATING HEARING** |

Based on the timely filing of an amended complaint, the pending motion to dismiss is terminated as moot, and the previously set hearing date is vacated.

**IT IS SO ORDERED.**

Dated:   07/28/2015                              _____
                                                 SAMUEL CONTI
                                                 United States District Judge