DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
Jim G. Price, Esq., SBN 119324
6569 Brentwood Boulevard
P.O. Box 1417
Brentwood, CA  94513
Telephone:  925-516-4686
Facsimile:   925-516-4058
Email:  deltalawgroup@yahoo.com

Attorneys for Plaintiff
JASON GAMBLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GAMBLE, an individual, | ) Case No.  3:15-cv-02054-SC |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| SYNCHRONY BANK, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

DATED:  August 12, 2015          DELTA LAW GROUP

                                /s/ Jim G. Price

                       BY:_____
                            JIM G. PRICE
                            Attorneys for Plaintiff
                            JASON GAMBLE

NOTICE OF SETTLEMENT