UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GAMBLE, an individual, | Case No. 3:15-cv-02054-SC |
| Plaintiff, | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| SYNCHRONY BANK, | |
| Defendant. | |

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court, the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing stipulation ORDER that the Case Management Conference currently scheduled for September 25, 2015 at 10:00 AM be continued to November 13, 2015 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 09/22/2015

_____
HON. SAMUEL CONTI
SENIOR U.S. DISTRICT COURT JUDGE