UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON GAMBLE, an individual, | ) | Case No. 3:15-cv-02054-SC |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) | |
| SYNCHRONY BANK, | ) | |
| Defendant. | ) | Judge: Hon. Samuel Conti |
| | ) | Complaint Filed: May 6, 2015 |

IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 10/22/2015

_____
HON. SAMUEL CONTI
U.S. DISTRICT COURT SENIOR JUDGE